UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNELL WILLIAMS,

    Plaintiff,

v.

UNKNOWN OLSON, ET AL.,

    Defendants,
_____/

HONORABLE PAUL L. MALONEY

Case No. 2:14-cv-206

## **JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is hereby entered in favor of defendants.

Date:   October 24, 2017                     /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District